IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDA YURISTA, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | NO. 16-2479 |
| Acting Commissioner of Social | : | |
| Security | : | |

## ORDER

AND NOW, this 15 day of September, 2017, upon careful and independent

consideration, the record reveals that the Commissioner did not apply correct legal

standards and that the record does not contain substantial evidence to support the ALJ's

findings of fact and conclusions of law. As a result, this action must be remanded to the

Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby

ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Judgment is entered REVERSING the decision of the Commissioner of
   Social Security for the purposes of this remand only and the relief sought
   by Plaintiff is GRANTED to the extent that the matter is REMANDED for
   further proceedings consistent with this adjudication; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

WENDY BEETLESTONE, J.